THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR18-0199-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JEROME JAY ISHAM, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue trial and the pretrial motions deadline (Dkt. No. 22) and Defendant's speedy trial waiver (Dkt. No. 22-1). Having thoroughly considered the filings, and based on the facts set forth in the parties' stipulated motion, the Court FINDS as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).
2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits established under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

For those reasons, the parties' stipulated motion (Dkt. No. 22) is GRANTED. The Court ORDERS that the trial in this matter be continued to April 15, 2019 at 10:00 a.m. The parties shall file any pretrial motions no later than March 1, 2019. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this 12th day of September 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE