THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0199-JCC |
| Plaintiff, | ORDER |
| v. | |
| JEROME JAY ISHAM, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to continue trial (Dkt. No. 32) and Defendant's speedy trial waiver (Dkt. No. 33). Having thoroughly considered the motion and the relevant record, the Court FINDS:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv);
2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits specified within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);
3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice; and

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public and defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

Therefore, the Court GRANTS Defendant's motion to continue (Dkt. No. 32). Trial in the above-captioned matter is CONTINUED from April 15, 2019 to May 20, 2019 at 10:00 a.m. The Court FINDS that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv). All pretrial motions shall be filed no later than April 12, 2019.

DATED this 12th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE