UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEROME JAY ISHAM,<br><br>Defendant. | CASE NO. CR18-0199-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue the trial date and the pretrial motions deadline (Dkt. No. 35) and Defendant's speedy trial waiver (Dkt. No. 35-2). Having thoroughly considered the filings, and based on the facts set forth in Defendant's motion, the Court FINDS as follows:

1. That failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv).
2. That the case is complex due to the nature of the prosecution such that it is unreasonable to expect adequate preparation within the time limits established under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

//

//

3. That failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible and result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

4. That the ends of justice will be served by ordering a continuance in the case, that a continuance is necessary to ensure effective trial preparation, and that these factors outweigh the best interests of the public and Defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

For those reasons, Defendant's unopposed motion (Dkt. No. 35) is GRANTED. The Court ORDERS that the trial in this matter be continued from May 20, 2019 to October 15, 2019 at 9:30 a.m. The parties shall file any pretrial motions no later than September 2, 2019. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this 25th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE