THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR18-0199-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JEROME JAY ISHAM, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a) (Dkt. No. 39). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that the indictment is dismissed without prejudice.

DATED this 3rd day of December 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0199-JCC
PAGE - 1